# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3833

_____

| | | |
|---|---|---|
| Michael Britt Hodges, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Mike Huckabee, Governor, | * | Eastern District of Arkansas. |
| | * | |
| Appellee. | * | [UNPUBLISHED] |

_____

Submitted: June 4, 2004
Filed: June 17, 2004

_____

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Michael Hodges challenges the dismissal of his 42 U.S.C. § 1983 action against Arkansas Governor Mike Huckabee. Hodges alleged that Governor Huckabee violated his constitutional rights when he denied Hodges's clemency application. The district court[1] dismissed the case after concluding it was barred by res judicata. For the reasons explained by the district court, we agree that the action is barred by the

_____

[1]The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

doctrine of res judicata. We also find no error in the decision of the district court to transfer this case from another judge to Judge Eisele.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____